# EXHIBIT E

Volume 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CESAR LEON, et al.,            )
                               )
           Plaintiffs,         )
    vs.                        )  No.  09 C 4190
                               )
THE CITY OF CHICAGO, et al.,   )
                               )
           Defendants.         )

The deposition of GUADALUPE SIMENTAL called by the Defendants for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Lisa M. Walas, Certified Shorthand Reporter and Notary Public, at 53 West Jackson Boulevard, Suite 1800, Chicago, Illinois, commencing at 10:30 a.m. on the 11th day of November, A.D., 2010.

| | |
|---|---|
| 1 | 32 years living here. |
| 2 | Q. And before you lived at 3815 West Diversey, |
| 3 | where did you live before? |
| 4 | A. 2744 Albany. |
| 5 | Q. And when did you move to 3815 West Diversey |
| 6 | from the Albany address? |
| 7 | A. It was in February of 1998. |
| 8 | Q. And, ma'am, have you ever been arrested? |
| 9 | A. No. |
| 10 | Q. Have you ever been involved in a lawsuit |
| 11 | before? |
| 12 | A. I don't remember. |
| 13 | Q. Do you know if you've ever sued the police |
| 14 | before? |
| 15 | A. No, right now I don't remember. |
| 16 | Q. Did you ever receive money from the City of |
| 17 | Chicago in relation to a lawsuit? |
| 18 | A. To be honest, I don't remember. |
| 19 | Q. Do you know if Nancy or Cesar have ever |
| 20 | sued the City of Chicago before? |
| 21 | A. No. No, I don't know. |
| 22 | Q. And you mentioned in relation to June 8, |
| 23 | 2009, that the police came into your house? |
| 24 | A. Yes. |

1  Q.   And before that date, have the police ever
2 come to your house before?
3  A.   Yes.
4  Q.   And when was the last time before June 8,
5 2009, that the police came to your house?
6  A.   I don't remember the year, but I do
7 remember that he was.
8  Q.   Do you know if it was in the last
9 five years?
10  A.   I don't remember.
11  Q.   The time that you do remember but you don't
12 remember the year, what happened when the police came
13 to your house?
14  A.   They came to my house -- into my house.
15 They came to check room by room looking for my son.
16 But after that, I don't remember.
17  Q.   On that occasion, do you remember how many
18 police officers came?
19  A.   I know it was more than ten.
20  Q.   Do you remember how the police treated you?
21  A.   Badly.
22  Q.   And why do you say badly?
23  A.   Because when I asked "What's happening,"
24 they would tell me to keep quiet because they were

```
 1  doing their job; and that's why I was saying that they
 2  were treating me badly.
 3      Q.  You mentioned your son.  Who is your son?
 4      A.  Hernando Chavera.
 5      Q.  Did the police say why they were looking
 6  for Hernando?
 7      A.  At no time did they want to answer me.
 8      Q.  And how old is Hernando?
 9      A.  31 or 32.
10      Q.  And do you know his date of birth?
11      A.  Yes, January 3rd of 1980.
12      Q.  And where is Hernando living now?
13      A.  He's not with us right now.
14      Q.  And what do you mean by that?
15      A.  May I take a break, please?
16      Q.  Sure.
17              (A short recess was taken.)
18  BY MR. BOULAHANIS:
19      Q.  Are you ready?
20      A.  Yes.
21      Q.  Ma'am, we were talking about your son
22  Hernando before we took a break.
23      A.  Yes.
24      Q.  And where does Hernando live now?
```

1   A.   He's arrested right now.
2   Q.   And do you know when he was arrested?
3   A.   No. The date I do not remember, no.
4   Q.   Was it recently?
5   A.   Yeah. It's been about a month -- month,
6   month and a half.
7   Q.   And do you know why he was arrested?
8   A.   Yes, because he had to appear over there at
9   the police station, but he had not gone; so that's why
10  he was arrested.
11  Q.   And do you know why he had to go to the
12  police station?
13  A.   Because they went to look for him at the
14  house and he -- because he was not there -- He does
15  not live in my house. And that's when the police said
16  to us if we were to see him, we had to give him the
17  message that he had to go to the police station.
18  Q.   Do you know what he's being charged with?
19  A.   Yes. Yes, because he had a gun. They
20  found a gun in the basement. And that's what he's --
21  that's the reason they were looking for him.
22  Q.   And when you say "the basement," what
23  basement are you referring to?
24  A.   At 3815 West Diversey.

1   Q.   And when did the police find a gun in the
2   basement of 3815 West Diversey?
3   A.   In August. I don't remember the date, if
4   it was on the 18th or the 19th.
5   Q.   Did the police find anything else on the
6   18th or 19th of August there?
7   MS. NICHOLAS: Objection, calls for speculation.
8   BY THE WITNESS:
9   A.   I couldn't tell you.
10  Q.   Do you know if they found drugs in the
11  basement?
12  A.   I couldn't tell you because they didn't
13  tell me anything.
14  Q.   Did you find out that your son is being
15  charged with cocaine possession?
16  A.   I don't know anything right now at this
17  moment. Yeah, I want the attorney to go look to see
18  what the problem that he has over there.
19  Q.   Okay. Were you home when the police came
20  on August 18th or August 19th?
21  A.   Yes.
22  Q.   And how many police came?
23  A.   I know there were several, but I did not
24  count them.

| | |
|---|---|
| 1 | Q. Did the police have a search warrant? |
| 2 | A. I don't remember, because at that time I |
| 3 | was sick -- I had fallen at my job -- and I was taking |
| 4 | medication. |
| 5 | Q. Did you speak with the police at all when |
| 6 | they came on August 18th or 19th? |
| 7 | A. Yeah -- No. They just came in and -- |
| 8 | knocked on the door, I opened it, and they told me |
| 9 | that they were there to look at the dogs that I had in |
| 10 | my house. |
| 11 | Q. And what kind of dogs do you have at your |
| 12 | house? |
| 13 | A. Pit bulls, I think. Pit bulls. I don't |
| 14 | know. |
| 15 | Q. And how many dogs are at your house? |
| 16 | A. Two. |
| 17 | Q. Are those your dogs? |
| 18 | A. No. They're my sons. |
| 19 | Q. On August 18th or 19th, did Hernando live |
| 20 | at your house? |
| 21 | A. No. He just came and brought me the dogs |
| 22 | and left them there. |
| 23 | Q. When did he leave you the dogs? |
| 24 | A. It had been over a month. |

1  in the street?
2  A.   He wanted to go into my house because he
3  said that my son was inside.
4  Q.   And did you let the police in to your
5  house?
6  A.   No, because I was asking "Why do you want
7  my son."
8  Q.   And what did the police say then?
9  A.   The police said that they had just gotten a
10 phone call that that car had been seen in another
11 place.
12 Q.   And what happened next?
13 A.   And then my daughter Nancy, she would ask
14 them why do they want my son.
15 Q.   Did Nancy come out of the house?
16 A.   Yes.
17 Q.   Do you remember what Nancy said?
18 A.   No, not really.  No.
19 Q.   Do you remember what the police said to
20 Nancy?
21 A.   No.
22 Q.   Did anybody else come out of the house?
23 A.   No.
24 Q.   And what happened next?

1  come out to the backyard.
2      Q.   And if you come out the back door, can you
3  describe the porch for me?
4      A.   Okay. You come out of the kitchen door and
5  the porch is there, and then there are windows that
6  look out on to the backyard. If you go down five or
7  six steps, then you come out to the door that leads to
8  the backyard.
9      Q.   And the backyard, does it have a fence?
10     A.   Yes.
11     Q.   And is there a gate out so you can exit out
12 to the alley?
13     A.   Yes.
14     Q.   Is your address on the back of the house
15 anywhere?
16     A.   On the garbage cans.
17     Q.   And what side are your garbage cans on?
18         MS. NICHOLAS: I'm going to object to the form of
19 the question. It's a little vague and confusing.
20         You can answer if you understand.
21 BY THE WITNESS:
22     A.   No. No.
23     Q.   I will try asking a better question. Do
24 you know if you keep your garbage cans closer to the

```
 1   3811 West Diversey house?
 2        A.    No.
 3        Q.    On the other side?
 4        A.    Yes, on the right-hand side.
 5        Q.    Is -- Are the numbers for your address
 6   anywhere else on the back of your house?
 7        A.    No, just on the garbage cans.  That's it.
 8        Q.    And the garbage cans are kept out in the
 9   alley?
10        A.    Yes.
11        Q.    And if you walk in through the gate to your
12   backyard, can you describe the patio in the backyard
13   for me?
14        A.    Yes. Okay. You come in from the alley,
15   you would open the door, the big door, the big black
16   door. Okay. You walk, there is the sidewalk there
17   that go all the way in the house; and then you have
18   the yard here, and that's where the dogs are kept.
19        Q.    Do you know what the names of the dogs are?
20        A.    I think one is Traci and the other one is
21   Malo (phonetic).
22        Q.    What does Malo mean?
23        A.    Because he chews on the furniture and on
24   the shoes, you know.
```

```
 1      A.    I know it was during the morning.
 2      Q.    Was it light outside?
 3      A.    Yes.
 4      Q.    Do you remember getting home from work that
 5   morning?
 6      A.    Yes.
 7      Q.    And what did you do when you got home from
 8   work?
 9      A.    Okay.  I came from work, and then I went to
10   see my mom because she cannot walk very much and my
11   sister; I said good morning to her.  And then I say,
12   you know, you guys stay and I'm going to go to sleep.
13      Q.    Did you see anybody else before you went to
14   sleep?
15      A.    No.
16      Q.    Did you see Nancy or Cesar or any of the
17   grandchildren before you went to sleep?
18      A.    No.
19      Q.    And now we're talking specifically about on
20   June 8, 2009.  Okay?
21      A.    That's fine.
22      Q.    Who was living in the first floor apartment
23   at 3815 West Diversey?
24      A.    Myself, my mother, my sister, and my
```

```
 1   daughter.
 2        Q.    And your daughter was Marissa?
 3        A.    Yes.
 4        Q.    Was Marissa home that day?
 5        A.    No.
 6        Q.    Do you know where she was?
 7        A.    Working.
 8        Q.    And at that time, who lived in the basement
 9   apartment?
10        A.    Nancy, Cesar, and the children, their
11   children.
12        Q.    And at that time, who lived on the second
13   floor?
14        A.    No one.
15        Q.    And at that time, was there anything on the
16   second floor as far as furniture or anything else?
17        A.    There was just a television in one of the
18   rooms so that the children could play.  And that was
19   it.
20        Q.    Was there a bed?
21        A.    Yes.
22        Q.    Were there couches?
23        A.    There was a chair, but there was nothing
24   else.
```