# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4190 | **DATE** | 10/3/2011 |
| **CASE TITLE** | CESAR LEON, et al. vs. CITY OF CHICAGO, et al. | | |

**DOCKET ENTRY TEXT:**

Enter Memorandum Opinion and Order. For the above reasons, the Court DENIES Plaintiffs' motion for partial summary judgment [61] as to Defendants Martinez and Lopez, but GRANTS it as to the remaining defendants. The Court GRANTS Defendants' motion for summary judgment [65] as to Martinez and Lopez, but DENIES it as to the remaining defendants. The parties shall appear for a rule to show cause hearing on October 20 at 9:45 a.m.

■[For further details see separate order(s).]   Docketing to mail notice and A0-450 form.