## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Cesar Leon, et al.
                    Plaintiff,

v.                                             Case No.: 1:09–cv–04190
                                               Honorable Joan H. Lefkow

City of Chicago, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 9, 2012:

    MINUTE entry before Honorable Susan E. Cox: Case called for status hearing. Status hearing stricken. Settlement discussions held off the record. Parties to contact chambers on 5/10/12 to confirm the proposed settlement conference date of 8/23/12 at 11:00 a.m., as discussed. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.